March 5, 1979

No. 78–683. Century 21 Real Estate Corp. et al. *v.* Nevada Real Estate Advisory Commission et al. Appeal from D. C. Nev. Motion of United States Trademark Assn. for leave to file a brief as *amicus curiae* granted. Judgment affirmed.

No. 78–1102. Ashcroft, Attorney General of Missouri, et al. *v.* Freiman et al. Appeal from C. A. 8th Cir. Motion of Legal Defense Fund for Unborn Children for leave to file a brief as *amicus curiae* denied. Motion of Alan Ernest for appointment of counsel for children unborn and born alive denied. Judgment affirmed. Mr. Justice White and Mr. Justice Rehnquist would note probable jurisdiction and set case for oral argument.

No. 77–1257. Schmier *v.* Trustees of California State University and Colleges et al. Appeal from Ct. App. Cal., 4th App. Dist., dismissed for want of substantial federal question.

No. 78–762. Kraham *v.* Florida. Appeal from Sup. Ct. Fla. dismissed for want of substantial federal question. Mr. Justice Brennan, Mr. Justice Stewart, and Mr. Justice Marshall would reverse the conviction.

Mr. Justice Stevens, concurring.

If the Court were to note probable jurisdiction, I would vote to reverse the judgment of the Supreme Court of Florida for the reasons stated in the dissenting opinion of Justice Adkins and in my dissenting opinion in *Smith* v. *United States,* 431 U. S. 291, 311. I have not, however, voted to set the case for argument because the State Supreme Court's judgment is consistent with this Court's recent holdings.